### 1849.   DUNBAR *v.* CITY OF ATLANTA.

RUSSELL, J. All the propositions of law presented for adjudication by this record are controlled by the instructions of the Supreme Court in answer to the questions certified to it in *Loeb* v. *Jennings*, 133 *Ga.* 796 (67 S. E. 101), and are therein decided adversely to the contentions of the plaintiff in error. This being true, the evidence authorized the conviction of the defendant, and the judge did not err in declining to sanction the certiorari.                          *Judgment affirmed.*

Certiorari; from Fulton superior court—Judge Pendleton. March 27, 1909.

Argued June 8, 1909.—Decided February 22, 1910.

*F. M. Hughes, Morris Macks, Anderson, Felder, Rountree & Wilson,* for plaintiff in error.   *William P. Hill, James L. Mayson,* contra.